IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03080-WJM-KLM

DAVID THORNTON,

    Plaintiff,

v.

REGIS UNIVERSITY,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Protective Order** [Docket No. 35; Filed July 25, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#35] is **GRANTED**.  Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#35-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated:  July 26, 2012