IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action: 1:10-cv-03080-WJM-KLM

DAVID THORNTON,

Plaintiff,

v.

REGIS UNIVERSITY,

Defendant.

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1) and the Confidential Settlement Agreement, Release, and Covenant Not to Sue approved and accepted by the parties, Plaintiff David Thornton and Defendant Regis University stipulate to the dismissal with prejudice of the above-captioned action and all claims asserted therein, with each party to bear its or his own attorneys' fees and costs.

Respectfully submitted this 22nd day of August, 2012.

FISHER & PHILLIPS LLP

*s/ Todd A. Fredrickson*
Todd A. Fredrickson
1999 Broadway, Suite 3300
Denver, CO 80202
Telephone: (303) 218-3650
Facsimile: (303) 218-3651
tfredrickson@laborlawyers.com
Attorneys for Defendant Regis University

The Olsen Firm

*s/ Jack Olsen*
Jack Olsen
8362 Greenwood Drive
Niwot, Colorado 80503
Telephone: (303) 652-1133
olsenbrown@comcast.net
Attorney for Plaintiff David Thornton